RUTH A. BATEHOLTS, an Infant, by CHARLENE BATEHOLTS, Her Mother, et al., Respondents, v. CLARENCE H. RUSSELL, Appellant. (And One Other Action.)

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

GEORGE T. HALL, Individually, and as Executor of ANNA M. HALL, Deceased, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 48637.) —

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.